# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ELLIOT KREMERMAN,

                Plaintiff,

v.

OPEN SOURCE STEEL, LLC, et al.,

                Defendants.

CASE NO. C17-953-BAT

**ORDER ON STIPULATED MOTION TO LIFT STAY AND TO CONSIDER DEFENDANTS' MOTION TO DISMISS**

The Court **GRANTS** the parties' Stipulated Motion to Lift Stay and Consider Defendants' Motion to Dismiss, Dkt. 66. The Court observes defendants' Motion to Dismiss requested a hearing on the motion, but that the stipulated motion currently before the Court fails to renew that request. *See* Dkts. 34, 64. The Court therefore **ORDERS**:

1. The stay imposed by Judge James Donato on May 31, 2017, (Dkt. 44), is **LIFTED**;

2. Defendant's Motion to Dismiss, Dkt. 34, is **RE-NOTED** to August 25, 2017;

3. The Court **GRANTS** the parties' request to submit statements of supplemental authorities to address any additional case law that may be appropriate in light of the transfer from the Northern District of California to this Court. Defendants have already submitted that supplemental briefing (Dkt. 68); plaintiff shall submit his supplemental

1. briefing no later than **August 21, 2017**. The Court will consider all briefing submitted in support of and in opposition to defendants' Motion to Dismiss filed before August 22, 2017; and

4. No later than **August 21, 2017**, the parties shall indicate on the record whether they request a hearing on the pending motion to dismiss. The submission may be filed as a joint statement.

The Clerk of the Court shall provide a copy of this order to all counsel of record.

DATED this 16th day of August, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON STIPULATED MOTION TO LIFT
STAY AND TO CONSIDER DEFENDANTS'
MOTION TO DISMISS - 2