UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIOT KREMERMAN,<br><br>              Plaintiff,<br><br>   v.<br><br>OPEN SOURCE STEEL, LLC, et al.,<br><br>              Defendants. | CASE NO. C17-953-BAT<br><br>**ORDER GRANTING LEAVE TO FILE REPLY BRIEF** |

The Court **GRANTS** plaintiff's request to file a reply brief, **by October 6, 2017**, to Defendants' brief (Dkt. 77) regarding the exercise of supplemental jurisdiction of plaintiff's California UCL claim.

The Clerk of the Court shall provide a copy of this order to all counsel of record.

DATED this 2nd day of October, 2017.

                                                           BRIAN A. TSUCHIDA
                                                           United States Magistrate Judge

ORDER GRANTING LEAVE TO FILE
REPLY BRIEF - 1