UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIOT KREMERMAN,<br><br>                  Plaintiff,<br><br>    v.<br><br>OPEN SOURCE STEEL, LLC, et al.,<br><br>                  Defendant. | CASE NO. C17-953 BAT<br><br>**MINUTE ORDER** |

The following minute order is made at the direction of the Court, the Honorable Brian A. Tsuchida, United States Magistrate Judge. Pursuant to the Court's order entered on March 26, 2018 (Dkt. 91), the Clerk is directed to file Defendants' Exhibit A (found at Dkt. 87) as "Defendants' First Amended Answer, Affirmative Defenses and Counterclaims to Plaintiff's Complaint".

DATED this 27th day of March, 2018.

                                              WILLIAM M. MCCOOL
                                              Clerk of Court

                                              /s/AGALELEI ELKINGTON
                                              Deputy Clerk

MINUTE ORDER - 1