UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIOTT KREMERMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>OPEN SOURCE STEEL, LLC, et al.,<br><br>      Defendants. | CASE NO. 2:17-cv-00953-BAT<br><br>**ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL** |

  Pursuant to Local Civil Rule (5)(g), Plaintiff Elliot Kremerman ("Plaintiff") moves the Court for an order authorizing Plaintiff to file under seal certain documents containing confidential pricing and supplier information designated as confidential under the parties' stipulated protective order (Dkt. 74). Dkt. 109. Defendants do not oppose the motion to seal. *Id.*

  Accordingly, it is **ORDERED** that Plaintiff's Stipulated Motion to Seal Documents in Support of Plaintiff's Motion for Summary Judgment Dismissing Defendant's Counterclaims (Dkt. 109) is **GRANTED**.

  DATED this 17th day of September, 2018.

                 /s/_____
                 BRIAN A. TSUCHIDA
                 Chief United States Magistrate Judge