UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELLIOTT KREMERMAN,<br><br>               Plaintiff,<br><br>   v.<br><br>OPEN SOURCE STEEL, LLC, et al.,<br><br>               Defendants. | CASE NO. 2:17-cv-00953-BAT<br><br>**ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL** |

      Pursuant to Local Civil Rule (5)(g), Plaintiff Elliot Kremerman ("Plaintiff") moves the Court for an order authorizing Plaintiff to file his Motion for Leave to Amend Complaint with Proposed Amended Complaint and Declaration of Stephen E. Morrissey in Support thereof. Dkt. 120. Defendants do not oppose the motion to seal. *Id.*

      Accordingly, it is **ORDERED** that Plaintiff's motion (Dkt. 120) is **GRANTED**.

      DATED this 21st day of September, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge